43201. TRAYLOR v. THE STATE.

PANNELL, Judge. The overruling of the defendant's objection to testimony of police officers as to how they laid a "trap" for the defendant (not an entrapment) discloses no error for any reason assigned.

*Judgment affirmed. Bell, P. J., and Whitman, J., concur.*
ARGUED NOVEMBER 8, 1967—DECIDED JANUARY 11, 1968—
REHEARING DENIED JANUARY 29, 1968.

*Henritze, Baker & Bailey, Walter M. Henritze, Jr.,* for appellant.

*Lewis R. Slaton, Solicitor General, J. Walter LeCraw, J. Roger Thompson,* for appellee.